**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| KROY IP HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:12-cv-800-WCB |
| SAFEWAY, INC., | § § | (LEAD CASE) |
| Defendant. | § § | |

| | | |
|---|---|---|
| KROY IP HOLDINGS, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:13-cv-141-WCB |
| THE KROGER CO., | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Stipulation of Dismissal with Prejudice between Kroy IP Holdings, LLC, and The Kroger Co. (2:12-cv-800 Dkt. No. 203). Based upon the stipulation, the Court ORDERS that all claims, counterclaims, and all other grounds for seeking relief that were or could have been asserted in this proceeding by Kroy and Kroger are hereby dismissed with prejudice on the basis of the settlement reached, pursuant to Fed. R. Civ. P. 41. Each party shall bear its own costs and attorneys' fees. This order does not act as a waiver or release of any claims Kroy has against any other party.

It is so ORDERED.

SIGNED this 20th day of October, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE